[No. 1,040.]

## THE STATE OF NEVADA, RESPONDENT, *v.* AH GONN, APPELLANT.

OPIUM ACT CONSTITUTIONAL—INDICTMENT SUFFICIENT.—Judgment affirmed upon the authority of *The State of Nevada* v. *Ah Chew, ante,* 50.

APPEAL from the District Court of the Sixth Judicial District, Eureka County.

*Alexander Wilson,* for Defendant.

*M. A. Murphy*, Attorney General, for Respondent.

By Court, HAWLEY, J.:

The questions raised by appellant are substantially the same as were presented in the case of *The State* v. *Ah Chew, ante*, 50.

Upon the authority of that case the judgment of the district court is affirmed.